TO: Clerk's Office
**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

-v.-

AURELIEN MICHEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

23 MJ 7
Docket Number

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Drew G. Rolle
Firm Name: USAO - EDNY
Address:  271 Cadman Plaza East
          Brooklyn, NY 11201
Phone Number: 718-254-6783
E-Mail Address: drew.rolle@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation; pending arrest

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Brooklyn           , NEW YORK

1/4/2023           _James R. Cho_

U.S. MAGISTRATE JUDGE  Hon. James R. Cho

RECEIVED IN CLERK'S OFFICE _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) _✓_ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

January 4, 2023           _signature_
DATE                      SIGNATURE