

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DGR
F. #2022R00860

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2023

<u>By E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Aurelien Michel
                 <u>Magistrate Docket No. 23-7 (JRC)</u>

Dear Judge Cho:

        The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                Respectfully submitted,

                                BREON PEACE
                                United States Attorney

                By:         /s/
                                Drew G. Rolle
                                Assistant U.S. Attorney
                                (718) 254-6783

Enclosure

cc:    Clerk of Court (by ECF)
        Benjamin Yaster, Esq. (by ECF)

DGR
F.# 2022R00860

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

AURELIEN MICHEL,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P̶R̶O̶P̶O̶S̶E̶D̶  O R D E R

23-M-7 (JRC)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          January 5, 2023

                                         s/ James R. Cho

                                    THE HONORABLE JAMES R. CHO
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK