

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2022R00860                     *271 Cadman Plaza East*
DGR:DAS                            *Brooklyn, New York 11201*

February 2, 2023

<u>By ECF</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:     United States v. Aurelien Michel
                  <u>Criminal Docket No. 23-M-7</u>

Dear Judge Bulsara:

          The government submits this letter in response to the Court's request at the February 1, 2023 detention hearing for an explanation as to why the defendant was not produced in person for the hearing.

          At approximately 4:20 p.m. on January 31, 2023, after the parties had finalized the consent conditions for the defendant's release on bond, the government submitted a request for the defendant to be produced by the United States Marshals Service (the "Marshals") in person before the Court on February 1, 2023 at 2:00 p.m.  Following the detention hearing, which the defendant was able to attend by video, the government contacted the Marshals and was informed that the Marshals missed the request for in-person production.  The Marshals apologizes for the oversight.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                    By:       /s/ Dylan A. Stern
                              Dylan A. Stern
                              Assistant U.S. Attorney
                              (718) 254-6213

cc:     Clerk of the Court (SJB) (by ECF)
        Counsel for the defendant (by ECF)