UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                |

UNITED STATES OF AMERICA     |

   - against -                          |        Case No. 23-mj-00007-JRC

AURELIEN MICHEL,                |        **NOTICE OF APPEARANCE**

                 Defendant.    |

-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Aurelien Michel.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           February 4, 2023

                                                MINTZ & GOLD LLP

                                                /s/ *Adam K. Brody*
                                                Adam K. Brody
                                                600 Third Avenue, 25th Floor
                                                New York, NY 10016
                                                212-696-4848
                                                brody@mintzandgold.com
                                                *Attorneys for Defendant*