UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
                  |
UNITED STATES OF AMERICA      |

   - against -                      |    Case No. 23-mj-00007-JRC

AURELIEN MICHEL,            |    **NOTICE OF APPEARANCE**

        Defendant.      |
------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Aurelien Michel.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         February 4, 2023

                                        MINTZ & GOLD LLP

                                        /s/ *Ira Lee Sorkin*
                                        Ira Lee Sorkin
                                        600 Third Avenue, 25th Floor
                                        New York, NY 10016
                                        212-696-4848
                                        sorkin@mintzandgold.com
                                        *Attorneys for Defendant*