## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Cheryl L Pollak   DATE: 7/11/23

DOCKET NUMBER: 23-m-7   FTR #: 3:00- 3:06

DEFENDANT'S NAME: Aurelien Michel
   X  Present  ___ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL: Adam Brody
___ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: Dylan Stern   CLERK: M. Sica

INTERPRETER: Marjorie St. Jean   (Language) French

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

   ___ Bond set at _____.
   Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
   ___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 7/11/23  Stop 9/11/23.

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 9/11/23 @ 11 AM before Judge Duty Magistrate.

Other Rulings: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Aurelien Michel

APPLICATION AND
ORDER OF EXCLUDABLE DELAY

Case No. 23-M-7

---

The United States of America and the defendant hereby jointly request that the time period from July 11, 2023 to Sept. 11, 2023 be excluded from the computation of the time period within which

(✓)  an information or indictment must be filed, or (XW)
( )  trial of the charges against defendant must commence. (XC)

The parties seek the exclusion of the foregoing period because

(✓)  they are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and they require an exclusion of time in order to focus efforts on plea negotiations without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial,
( )  they need additional time to prepare for trial due to the complexity of case,
( )  _____.

The defendant states that he/she has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the plan and rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The defendant understands that he/she has a right to be tried before a jury within a specified time not counting periods excluded.

_____
Defendant

_____
For U.S. Attorney, E.D.N.Y.

_____
Counsel for Defendant

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from 7/11/23 to 9/11/23 is hereby excluded in computing the time within which (✓) an information or indictment must be filed or ( ) trial must commence. The Court finds that this exclusion of time serves the ends of justice and outweigh the interests of the public and the defendant in a speedy trial for the reasons discussed on the record and because

(✓)  given the reasonable likelihood that ongoing plea negotiations will result in a disposition of this case without trial, the exclusion of time will allow all counsel to focus their efforts on plea negotiations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.
( )  _____.

SO ORDERED.

Dated: Brooklyn, N.Y
7/11    20 23

_____
United States Magistrate Judge