

SO ORDERED

/s/ Sanket J. Bulsara

August 14, 2023

| | | |
|---|---|---|
| Steven W. Gold | Peter Guirguis | **Senior Counsel** |
| Steven G. Mintz* | Andrew R. Gottesman | Jack A. Horn |
| Jeffrey D. Pollack* | Matthew S. Seminara | Noreen E. Cosgrove |
| Elliot G. Sagor | Julia B. Milne | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | James W. Kennedy | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafet | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Kellyann T. Ryan | Tara Shamroth |
| Heath Loring | Sitie "Esther" Tang | Jared Van Vleet |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

August 14, 2023

**Via ECF and Email
(Sui-May_Yuen@nyed.uscourts.gov, Michele_Sica@nyed.uscourts.gov)**
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Aurelien Michel*,
      23-mj-00007-JRC

Dear Judge Bulsara:

  We represent Defendant Aurelien Michel ("Mr. Michel") in the above-captioned case. We write to respectfully request that the Court issue an Order modifying the conditions of Mr. Michel's release from home detention to a curfew as directed by Pretrial Services. Pretrial Services consents to this request, and the Government does not object.

  On February 1, 2023, Your Honor ordered that Mr. Michel be subject to home detention as directed by Pretrial Services as a condition of Mr. Michel's release (*see* Order Setting Conditions of Release and Appearance Bond, dated February 1, 2023 (ECF Doc. No. 10)). Since then, despite spending more than six months as a foreign national in the United States, with limited facility in English and minimal visitation from family, Mr. Michel has been a model supervisee. Pretrial Services has not notified counsel of any violations of Mr. Michel's home detention or any other bail conditions. Most importantly, Mr. Michel has appeared before the Court as required on June 7 and July 11 without incident.



Hon. Sanket J. Bulsara, U.S.M.J
*United States v. Michel*
August 14, 2023
Page 2

For all the foregoing reasons, Mr. Michel respectfully requests that the Court issue an Order modifying the conditions of his release from home detention to a curfew as directed by Pretrial Services.

Respectfully submitted,

MINTZ & GOLD LLP

By: /s/ *Adam K. Brody*
Ira Lee Sorkin
Adam K. Brody
600 Third Avenue, 25th Floor
New York, NY 10016
212-696-4848
sorkin@mintzandgold.com
brody@mintzandgold.com

Cc: Valeria Lopez
U.S. Pretrial Services Officer
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Via Email*

Assistant United States Attorney Dylan A. Stern
Assistant United States Attorney Drew G. Rolle
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

*Via ECF and Email*